PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
info@reincleftonlaw.com

IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for Plaintiff
JAMES ALGER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALGER,<br><br>    Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.; LAX HOTEL VENTURES, LLC; NEW WYNN LI, LP; UPTOWN LAX LLC; PERSEVERANCE LAX LLC; RUI GAO INC.; CRESCENT HOTELS & RESORTS, LLC,<br><br>    Defendants. | Case No. 2:22-cv-07747-FMO-JPR<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that the parties to this action have reached a settlement that resolves all of Plaintiff's claims against Defendants. Plaintiff anticipates that a stipulated dismissal with a request to retain jurisdiction over the parties' Court Enforceable Settlement Agreement will be filed on or before January 24, 2023.

Dated:  January 12, 2023

ALLACCESS LAW GROUP


_____/s/_____
By:  IRAKLI KARBELASHVILI, Esq.
Attorneys for Plaintiff
JAMES ALGER